**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**QUALITY CONTROL CHECK**
**ATTORNEY CASE OPENINGS (ACO)**

Were corrections made to this ACO case?   ✔ Yes   (see below)   ☐ No

| | *Case Initiating Documents* | |
|---|---|---|
| 1. | Attorney did not complete the case initiating documents. Contacted the attorney to advise to file the missing documents. | ☐ |
| | Complaint | ☐ |
| | Civil Cover Sheet | ☐ |
| | Summons(es) | ☐ |
| 2. | Attorney did not separate the case initiating documents. Separated the document into individual attachments. Replaced main document and attachments | ☐ |
| | *Summons Errors* | |
| 3. | Incorrect form | ☐ |
| 4. | Defendant's name and address not completed | ☐ |
| 5. | Plaintiff's attorney name and address not completed | ☐ |
| 6. | Caption on the Summons does not match the caption on the Complaint | ☐ |
| 7. | Incorrect Date | ☐ |
| 8. | Incorrect Case Number | ☐ |
| 9. | Contacted attorney and requested corrected summons | ☐ |
| | *Civil Cover Sheet Errors* | |
| 10. | Plaintiff's county of residence not indicated | ☐ |
| 11. | Certification of Arbitration Eligibility not completed | ☐ |
| 12. | Disclosure Statement Fed. R. Civ. P. 7.1 not completed | ☐ |
| | Added/corrected Disclosure Statement in docket entry | ☐ |
| 13. | Omitted Related Case Statement | ☐ |
| | Added related cases in docket entry | ☐ |
| 14. | Incomplete or inconsistent responses to Div. Bus. R. 1(d)(3) questions | ☐ |
| 15. | Incomplete Bar Admission responses | ☐ |

| *CM/ECF Errors/Corrections* | | |
|---|---|---|
| *Div. Bus. R. 1(d)(3)* | | |
| 16. | Attorney used incorrect courthouse designation, pursuant to Div. Bus. R. 1(d)(3). Copied case, changed Court Designation, and informed other courthouse staff. | ☐ |
| *CM/ECF Events* | | |
| 17. | Attorney used incorrect event when docketing the case initiating document. Deleted document and re-docketed using the correct event. | ☐ |
| *Parties* | | |
| 18. | Corrected short title | ☐ |
| 19. | Corrected party role | ☐ |
| 20. | Corrected party spelling | ☐ |
| 21. | Added missing party | ✔ |
| 22. | Converted from All Caps to Initial Caps | ☐ |
| 23. | Added party text | ☐ |
| 24. | Removed party text | ☐ |
| 25. | Added alias | ☐ |
| *Citizenship* | | |
| 26. | Corrected citizenship of principal parties | ☐ |
| *Jurisdiction* | | |
| 27. | Corrected basis of jurisdiction | ☐ |
| 28. | Corrected nature of suit | ☐ |
| 29. | Corrected cause of action | ☐ |
| 30. | Corrected county code | ☐ |
| 31. | Corrected origin | ☐ |
| *Demands* | | |
| 32. | Corrected dollar demand | ☐ |
| 33. | Corrected jury demand | ☐ |
| 34. | Corrected class action | ☐ |
| *Fee* | | |
| 35. | Corrected fee status | ☐ |
| *Other* | | |
| | ALL Parties should be added to the docket: John Doe parties added to the docket. | ✔ |