

**Lexitas**
3700 W 15th St Ste 301D
Plano, TX 75075
(469)784-9000

# In the United States District Court for the Eastern District of New York

**STATE OF NEW YORK
COUNTY OF KINGS**

IAN FINE, ETAL
vs.
ADVENTURES, INC., ETAL

AFFIDAVIT OF CORPORATE SERVICE
**Case No. 1:25-CV-03848-PK**

___

I, Kelly Murski, declare that on 09/17/2025 at 7:00 PM I served the attached JURY DEMAND; SUMMONS AND COMPLAINT upon **ADVENTURES, INC., defendant(s)**, by handing to and leaving with STEPHEN STERNSCHEIN, AUTHORIZED REPRESENTATIVE, stated authorized to accept, at 2506 Cecil Drive , Austin, TX 78744 in the County of Travis, State of Texas.

Additional Comments:

Description of Person Accepting Service:

Gender: **Male** Race: **Light** Hair: **Gray** Age: **50** Height: **6ft** Weight: **250**

I affirm this 18th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
**Kelly Murski**

Client: Lexitas (TX)
Client File: 25004824

License # PSC-5912, expires 10/31/2026