UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                            :

Ian Fine, Joshua Rowe, and Paul Magyar,     :

                    Plaintiffs,     :     **ORDER**

               -against-     :     25-CV-3848 (PK)

AdVentures, Inc., Stephen Sternschein,     :
John Doe 1-10, and ABC Corporation 1-10,     :

                  Defendants.     :

------------------------------------------------------------ x

**Peggy Kuo, United States Magistrate Judge:**

       Ian Fine, Joshua Rowe, and Paul Magyar ("Plaintiffs") brought this action against AdVentures, Inc., Stephen Sternschein, John Doe 1-10, and ABC Corporation 1-10 (collectively, the "Defendants"). (*See* Dkt. 1.) You are receiving this notice because you are one of those Defendants. If you are an individual, you may represent yourself or have a lawyer appear for you. If you are a corporation, you must have a lawyer appear for you. A corporation may only appear through licensed counsel.

       If you continue to not participate in this lawsuit, the Court may enter a default judgment. It may also award Plaintiffs the damages they are seeking. A judgment is a public record with potential consequences, particularly if you do not pay the judgment. Plaintiffs may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien, or garnishment.

       The Court, by mailing a copy of this Order to the addresses provided by Plaintiffs, notifies Defendants of this action and affords them the opportunity to appear.

       On or before **November 21, 2025,** if you would like to inform the Court and Plaintiffs of your views, including whether you received notice about the lawsuit prior to this notice, or your factual and legal objections to Plaintiffs' claims, you may send a letter or statement to the Court and to

Plaintiffs' counsel. If you did not receive a copy of the Complaint in this case, you may request one from Plaintiffs' lawyer or the Clerk of Court. Any letter or statement to the Court will be posted electronically on the public docket for this case. You should clearly identify the case name and number from the caption of this notice and mail or deliver a copy to:

>United States District Court for the Eastern District of New York
>Attn: Clerk's Office / U.S.M.J. Kuo
>225 Cadman Plaza East
>Brooklyn, New York 11201.

The Clerk of Court is respectfully requested to mail a copy of this Order to:

(1) AdVentures, Inc. - 501 Brushy Street, Austin Texas 78702;

(2) AdVentures, Inc. - 2506 Cecil Drive, Austin, TX 78744;

(3) Stephen Sternschein - 501 Brushy Street, Austin Texas 78702;

(4) Stephen Sternschein - 2506 Cecil Drive, Austin, TX 78744.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: October 23, 2025
Brooklyn, New York