CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MID-ISLAND NY 117
24 OCT 2025 PM 4 L



FIRST-CLASS MAIL
IMI
$000.74
10/24/2025  ZIP 11201
043M32206494

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV   2025  ★

BROOKLYN OFFICE

Stephen Sternschein
501 Brushy Street
Austin Texas

NIXIE       787   FE 1        0011/14/25
             RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 11201183299      *1602-05217-24-45

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**



The following transaction was entered on 10/23/2025 at 2:34 PM EDT and filed on 10/23/2025

**Case Name:** Fine et al v. AdVentures, Inc. et al

**Case Number:** 1:25-cv-03848-PK

**Filer:**

**Document Number:** 11

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Peggy Kuo. Initial Conference held on October 23, 2025. Thomas Andrykovitz, Esq. appeared by telephone on behalf of Plaintiffs. No appearance on behalf of Defendants.

Plaintiffs stated that AdVentures, Inc. and Stephen Sternschein were properly served, but these Defendants have not communicated with Plaintiffs' counsel or appeared. Plaintiffs intend to seek certificates of default based on Defendants' failure to respond timely to the Complaint.

Defendants are afforded a final opportunity to appear in this matter. The Court will directly notify Defendants by mailing the attached order [11], notifying them that they must appear by no later than November 21, 2025. If Defendants do not appear or respond by this date, Plaintiffs are granted leave to seek entry of default and then move for default judgment. (FTR LOG: 10:44 - 11:04) (RO)

**1:25-cv-03848-PK Notice has been electronically mailed to:**

Thomas Henry Andrykovitz    thomas@thomashenrylaw.com, andrykovitz@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
Ian Fine, Joshua Rowe, and Paul Magyar,                       :
                                                              :
                              Plaintiffs,                     :     **ORDER**
                                                              :
                   -against-                                  :     25-CV-3848 (PK)
                                                              :
AdVentures, Inc., Stephen Sternschein,                        :
John Doe 1-10, and ABC Corporation 1-10,                      :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x

**Peggy Kuo, United States Magistrate Judge:**

Ian Fine, Joshua Rowe, and Paul Magyar ("Plaintiffs") brought this action against AdVentures, Inc., Stephen Sternschein, John Doe 1-10, and ABC Corporation 1-10 (collectively, the "Defendants"). (*See* Dkt. 1.) You are receiving this notice because you are one of those Defendants. If you are an individual, you may represent yourself or have a lawyer appear for you. If you are a corporation, you must have a lawyer appear for you. A corporation may only appear through licensed counsel.

If you continue to not participate in this lawsuit, the Court may enter a default judgment. It may also award Plaintiffs the damages they are seeking. A judgment is a public record with potential consequences, particularly if you do not pay the judgment. Plaintiffs may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien, or garnishment.

The Court, by mailing a copy of this Order to the addresses provided by Plaintiffs, notifies Defendants of this action and affords them the opportunity to appear.

On or before **November 21, 2025,** if you would like to inform the Court and Plaintiffs of your views, including whether you received notice about the lawsuit prior to this notice, or your factual and legal objections to Plaintiffs' claims, you may send a letter or statement to the Court and to

Plaintiffs' counsel. If you did not receive a copy of the Complaint in this case, you may request one from Plaintiffs' lawyer or the Clerk of Court. Any letter or statement to the Court will be posted electronically on the public docket for this case. You should clearly identify the case name and number from the caption of this notice and mail or deliver a copy to:

> United States District Court for the Eastern District of New York
> Attn: Clerk's Office / U.S.M.J. Kuo
> 225 Cadman Plaza East
> Brooklyn, New York 11201.

The Clerk of Court is respectfully requested to mail a copy of this Order to:

(1) AdVentures, Inc. - 501 Brushy Street, Austin Texas 78702;

(2) AdVentures, Inc. - 2506 Cecil Drive, Austin, TX 78744;

(3) Stephen Sternschein - 501 Brushy Street, Austin Texas 78702;

(4) Stephen Sternschein - 2506 Cecil Drive, Austin, TX 78744.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: October 23, 2025
Brooklyn, New York

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25-cv-03848-PK

Fine et al v. AdVentures, Inc. et al
Assigned to: Magistrate Judge Peggy Kuo
Cause: 29:206 Collect Unpaid Wages

Date Filed: 07/10/2025
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Diversity

**Plaintiff**

Ian Fine

represented by **Thomas Henry Andrykovitz**
The Law Offices of Thomas H.
Andrykovitz, P.C.
260 Madison Avenue
Ste 15th Floor
New York, NY 10016
917-719-0505
Email: thomas@thomashenrylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joshua Rowe

represented by **Thomas Henry Andrykovitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Magyar

represented by **Thomas Henry Andrykovitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AdVentures, Inc.**

**Defendant**

**Stephen Sternschein**

**Defendant**

**John Doe 1-10**

**Defendant**

**ABC Corporation 1-10**

| Date Filed | # | Docket Text |

| 07/10/2025 | 1 | COMPLAINT against AdVentures, Inc., Stephen Sternschein filing fee $ 405, receipt number ANYEDC-19218777 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Ian Fine, Paul Magyar, Joshua Rowe. (Andrykovitz, Thomas) (Entered: 07/10/2025) |
|---|---|---|
| 07/11/2025 | | Notice: Missing Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. Please submit corrected Civil Cover Sheet. The form is available at: https://www.nyed.uscourts.gov/forms/all-forms/clerks_forms. Please submit corrected Civil Cover Sheet under the event Other Documents - Proposed Summons/Civil Cover Sheet. (SDM) (Entered: 07/11/2025) |
| 07/11/2025 | 2 | Civil Cover Sheet.. by Ian Fine, Paul Magyar, Joshua Rowe (Andrykovitz, Thomas) (Entered: 07/11/2025) |
| 07/11/2025 | 3 | Proposed Summons. by Ian Fine, Paul Magyar, Joshua Rowe (Andrykovitz, Thomas) (Entered: 07/11/2025) |
| 07/11/2025 | | Case Assigned to Magistrate Judge Peggy Kuo. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 07/11/2025) |
| 07/11/2025 | 4 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023-23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny-direct-assignment-pilot-program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023-23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023-23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny-direct-assignment-pilot-program. (KD) (Entered: 07/11/2025) |
| 07/11/2025 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 07/11/2025) |
| 07/11/2025 | 6 | Summons Issued as to AdVentures, Inc., Stephen Sternschein. (KD) (Entered: 07/11/2025) |
| 07/14/2025 | 7 | SCHEDULING ORDER: An Initial Conference will be held in this case on **October 23, 2025 at 10:30 a.m.** before Peggy Kuo, United States Magistrate Judge in Courtroom 11C South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Counsel are directed to the annexed Initial Conference Order for instructions. By **October 17, 2025**, the parties must file a **joint** and completed copy of the Proposed Discovery Plan. Any request for adjournment of this or any other conference must be |

|  |  |  |
|---|---|---|
|  |  | made in writing on notice to opposing parties, and must disclose whether or not all parties consent. No request for adjournment will be considered unless made at least **two (2) business days** before the scheduled conference, except in the event of an emergency. **Counsel with knowledge and authority must be present.** *Per diem* **counsel may not appear without prior permission of the Court.**<br><br>Plaintiffs' counsel is directed to ensure that Defendants are aware of this conference. Ordered by Magistrate Judge Peggy Kuo on 7/14/2025. (RO) (Entered: 07/14/2025) |
| 10/16/2025 |  | ORDER: The Court notes that the summons was issued on July 11, 2025. Plaintiffs are directed to file proof of timely service no later than **October 17, 2025**. If the Defendants have not yet been served, Plaintiffs are directed to show good cause why service has not yet been effectuated. Ordered by Magistrate Judge Peggy Kuo on 10/16/2025. (RO) (Entered: 10/16/2025) |
| 10/16/2025 | 8 | SUMMONS Returned Executed by Ian Fine, Paul Magyar, Joshua Rowe. AdVentures, Inc. served on 9/17/2025, answer due 10/8/2025. (Andrykovitz, Thomas) (Entered: 10/16/2025) |
| 10/16/2025 | 9 | SUMMONS Returned Executed by Ian Fine, Paul Magyar, Joshua Rowe. Stephen Sternschein served on 9/17/2025, answer due 10/8/2025. (Andrykovitz, Thomas) (Entered: 10/16/2025) |
| 10/22/2025 | 10 | First MOTION to Adjourn Conference by Ian Fine, Paul Magyar, Joshua Rowe. (Andrykovitz, Thomas) (Entered: 10/22/2025) |
| 10/22/2025 |  | ORDER: Plaintiffs' 10 Motion to Adjourn Conference is **denied**. The Initial Conference will proceed as scheduled on October 23, 2025 at 10:30 a.m. before Magistrate Judge Peggy Kuo in Courtroom 11C South. The Court grants Plaintiffs leave to appear by telephone.<br><br>At the time of the conference, Plaintiffs are directed to call toll free **(571) 353-2301** and input the Access Code **551789314**. Once Plaintiffs are on the line, the call will be connected. (Plaintiffs are reminded that, pursuant to the Local Civil Rules, they may not independently record any court proceedings. A transcript of the proceeding may be ordered from the Clerk's Office.)<br><br>Ordered by Magistrate Judge Peggy Kuo on 10/22/2025. (JHY) (Entered: 10/22/2025) |
| 10/23/2025 | 11 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo. Initial Conference held on October 23, 2025. **Thomas Andrykovitz, Esq.** appeared by telephone on behalf of Plaintiffs. No appearance on behalf of Defendants.<br><br>Plaintiffs stated that AdVentures, Inc. and Stephen Sternschein were properly served, but these Defendants have not communicated with Plaintiffs' counsel or appeared. Plaintiffs intend to seek certificates of default based on Defendants' failure to respond timely to the Complaint.<br><br>Defendants are afforded a final opportunity to appear in this matter. The Court will directly notify Defendants by mailing the attached order 11 , notifying them that they must appear by no later than **November 21, 2025**. If Defendants do not appear or respond by this date, Plaintiffs are granted leave to seek entry of default and then move for default judgment. (FTR LOG: 10:44 - 11:04) (RO) (Entered: 10/23/2025) |