# THE LAW OFFICES OF
## THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS                                          E-MAIL-THOMAS@THOMASHENRYLAW.COM

December 8, 2025

**VIA ECF**

Hon. Peggy Kuo, U.S.M.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Status Report**
             Fine et al v. AdVentures, Inc. et al
             1:25-cv-03848-PK

Dear Judge Kuo,

      We represent Ian Fine, Joshua Rowe and Paul Magyar ("Plaintiffs") in the above-referenced matter and submit this status report in accordance with Your Honor's December 4, 2025 Order.

      As the Court is aware, after service of the Summons and Complaint, Defendants failed to appear or otherwise respond. Recently, however, we learned that the Court's mailed Orders were returned as undeliverable. [ECF 12-13] In light of this returned mail, Plaintiffs undertook additional investigation into Defendants' current address. We have now confirmed that the office located at 501 Brushy Street in Austin, Texas, where Defendants were previously believed to operate, has closed.

      Our investigation further revealed that Defendants currently operate out of an entity known as Empire Garage and Control Room, which is also owned and controlled by Defendant Stephen Sternschein, and located at 606 E. 7th Street, Austin, Texas 78701. Plaintiffs did not possess this information prior to November 20, 2025.

      In view of this new information regarding Defendants' location, and out of an abundance of caution, Plaintiffs respectfully request a brief opportunity to effect service upon Defendants at this new address before commencing the process of seeking entry of default and default judgment pursuant to FRCP 55. Plaintiffs submit that this approach is appropriate given the uncertainty surrounding Defendants' receipt of Court filings and the returned mail. Plaintiffs would promptly update the Court once service is attempted at the newly identified address and will advise whether Defendants respond or appear. If no appearance is made thereafter, Plaintiffs anticipate moving for entry of default, followed by a motion for default judgment.

                                          Respectfully Submitted,

                                        <u>/s/ Thomas Andrykovitz</u>
                                        Thomas H. Andrykovitz
                                        For the Firm