AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Ian Fine, Joshua Rowe, and Paul Magyar )<br>)<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>AdVentures, Inc., Stephen Sternschein, John Doe )<br>1-10, and ABC Corporation 1-10 )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No.  1:25-cv-03848-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AdVentures, Inc. & Stephen Sternschein
501 Brushy Street, Austin Texas 78702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Thomas H. Andrykovitz, P.C.
260 Madison Avenue, 15th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/11/2025

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

**Proof of Service Attached**

UNITED STATES DISTRICT COURT
for the Eastern District of New York

| | | | |
|---|---|---|---|
| Ian Fine, et al, | Plaintiffs | § | Civil Action No. 1:25-cv-03848-PK |
| vs. | | § | |
| AdVentures, Inc., et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

     Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2027.

Came to hand December 15, 2025, at 12:23 p.m., Summons in a Civil Action with Complaint and Jury Demand for service on Defendant <u>Stephen Sternschein.</u>

<u>Executed on December 23, 2025</u>, at 10:55 a.m., at 2506 Cecil Drive, Austin, Texas 78744, within the County of Travis, by delivering in person to Stephen Sternschein, a true and correct copy of the above specified civil process, having first endorsed thereupon the came to hand date and time and the date of delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   <u>Tod E. Pendergrass</u>

Service Fee   $ <u>66.00</u>

Signature of non-party adult / DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Andryk/7026-2

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on December 24, 2025.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant to FRCP 4(l)(1)]