THE LAW OFFICES OF
# THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS                    E-MAIL-THOMAS@THOMASHENRYLAW.COM

December 30, 2025

**VIA ECF**

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re.**   **Status Report**
> Fine et al. v. AdVentures, Inc. et al.
> 1:25-cv-03848-PK

Dear Judge Kuo,

We represent Ian Fine, Joshua Rowe, and Paul Magyar ("Plaintiffs") in the above-referenced matter and submit this status report in accordance with Your Honor's December 19, 2025 Order.

Further investigation located Stephen Sternschein at 2506 Cecil Drive, Austin Texas 78704 and Plaintiffs successfully served AdVentures, Inc. and Mr. Sternschein on December 23, 2025. [E.C.F. 15-16]. Defendants have until January 13, 2026, to formally respond to the complaint. *Id*.

Earlier today, the undersigned contacted Mr. Sternschein by email (steve@heardent.com) to request that his attorney contact Plaintiff's counsel. We will promptly update the Court on any response that we receive.

Respectfully Submitted,

/s/ Thomas Andrykovitz
Thomas H. Andrykovitz
For the Firm