# THE LAW OFFICES OF
## THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS                                      E-MAIL-THOMAS@THOMASHENRYLAW.COM

January 22, 2026

**VIA ECF**

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re.**    **Status Report**
            Fine et al. v. AdVentures, Inc. et al.
            1:25-cv-03848-PK

Dear Judge Kuo,

      We represent Ian Fine, Joshua Rowe, and Paul Magyar ("Plaintiffs") in the above-referenced matter and submit this status report in accordance with Your Honor's January 20, 2026 Order.

      Defendant Stephen Sternschein has failed to appear or otherwise respond to the Complaint, and his time to do so has expired. Plaintiffs therefore intend to seek entry of default, and to move for default judgment, against Defendant Sternschein in accordance with Rule 55 of the Federal Rules of Civil Procedure.

      Plaintiffs will file the appropriate application on ECF within the timeframe directed by the Court.

                                                               Respectfully Submitted,

                                                               /s/ Thomas Andrykovitz
                                                               Thomas H. Andrykovitz
                                                               For the Firm