UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR, | REQUEST FOR CERTIFICATE OF DEFAULT |
| Plaintiff(s), | |
| -against- | 1:25-cv-03848-PK |
| ADVENTURES, INC., STEPHEN STERNSCHEIN, JOHN DOE 1-10 and ABC CORPORATION 1-10, | |
| Defendant(s). | |

------------------------------------------------------------------X

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), STEPHEN STERSCHEIN and ADVENTURES, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Thomas H. Andrykovitz.

Dated: February 17, 2026  By:/s/ Thomas H. Andrykovitz
   New York, New York         Thomas H. Andrykovitz, Esq.
                              **THE LAW OFFICES OF THOMAS H. ANDRYKOVITZ, P.C.**
                              260 Madison Avenue, 15 Fl
                              New York, NY 10016
                              (917) 719-0505
                              thomas@thomashenrylaw.com
                              *Attorneys for plaintiffs*