# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR, | **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |
| Plaintiff(s), | |
| -against- | 1:25-cv-03848-PK |
| ADVENTURES, INC., STEPHEN STERNSCHEIN, JOHN DOE 1-10 and ABC CORPORATION 1-10, | |
| Defendant(s). | |

-----------------------------------------------------------------------X

I, Thomas H. Andrykovitz, an attorney duly admitted to practice before this Court, hereby affirm under penalty of perjury:

1. I am counsel of record for Plaintiffs in the above-captioned action. I submit this affirmation in support of Plaintiffs' request for a Certificate of Default against Defendants Stephen Sternschein and Adventures, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2. The Summons and Complaint were filed on July 10, 2025.

3. Defendant Stephen Sternschein was personally served on December 15, 2025, at his home residence, located at 2506 Cecil Drive, Austin, Texas 78744.

4. Defendant(s), Stephen Sternschein and Adventures, Inc., have not answered or otherwise moved with respect to the complaint, and the time for defendant(s) to answer or otherwise move has not been extended.

5. Upon information and belief, Sternschein and Adventures, Inc., are not infants or incompetent.

6. Upon information and belief, Defendant(s) Stephen Sternschein and

Adventures, Inc., are not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Plaintiffs request that the default of defendant(s) Stephen Sternschein and Adventures, Inc., be noted and a certificate of default issued.

Dated: February 17, 2026  By:/s/ Thomas H. Andrykovitz
      New York, New York  Thomas H. Andrykovitz, Esq.
**THE LAW OFFICES OF THOMAS H. ANDRYKOVITZ, P.C.**
260 Madison Avenue, 15 Fl
New York, NY 10016
(917) 719-0505
thomas@thomashenrylaw.com
*Attorneys for plaintiffs*