**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR,

**CERTIFICATE OF**
**DEFAULT**

Plaintiff(s),

    -against-

1:25-cv-03848-PK

ADVENTURES, INC., STEPHEN STERNSCHEIN, JOHN DOE 1-10 and ABC CORPORATION 1-10,

Defendant(s).

-------------------------------------------------------------------X

       I, _____ , Clerk of Court of the United States District Court for the

Eastern District of New York, do hereby certify that the defendant(s) _____

have not filed an answer or otherwise moved with respect to the complaint herein.  The default

of defendant_____is hereby noted pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.

Dated:           , New York
               , 20____

                  _____, Clerk of Court

                  By:_____
                      Deputy Clerk