**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR,

**REQUEST FOR CERTIFICATE OF DEFAULT**

Plaintiff(s),

-against-

1:25-cv-03848-PK

ADVENTURES, INC., STEPHEN STERNSCHEIN, JOHN DOE 1-10 and ABC CORPORATION 1-10,

Defendant(s).

--------------------------------------------------------------------X

TO:   CLERK OF THE COURT
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), STEPHEN STERSCHEIN and ADVENTURES, INC.

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise

defend this action as fully appears from the court file herein and from the attached affirmation of

Thomas H. Andrykovitz.

Dated: April 2, 2026
      New York, New York

By:/s/ Thomas H. Andrykovitz
Thomas H. Andrykovitz, Esq.
**THE LAW OFFICES OF THOMAS H. ANDRYKOVITZ, P.C.**
260 Madison Avenue, 15 Fl
New York, NY 10016
(917) 719-0505
thomas@thomashenrylaw.com
*Attorneys for plaintiffs*