**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR, | **AFFIRMATION OF SERVICE** |

Plaintiff(s),

  -against-                                       1:25-cv-03848-PK

ADVENTURES, INC., STEPHEN
STERNSCHEIN, JOHN DOE 1-10 and ABC
CORPORATION 1-10,

Defendant(s).

------------------------------------------------------------------------X

I, Thomas H. Andrykovitz, an attorney duly admitted to practice before this Court, hereby affirm under penalty of perjury that I served a copy of the attached: Request for Certificate of Default, Affirmation in Support of Request for Certificate of Default, and Certificate of Default (Proposed Certificate) upon all other parties in this case by Certified Mail, on April 2, 2026, to the following:

Stephen Sternschein
2506 Cecil Drive
Austin, TX 78744

Adventures, Inc.
2506 Cecil Drive
Austin, TX 78744

Dated: April 2, 2026                By:/s/ Thomas H. Andrykovitz
     New York, New York          Thomas H. Andrykovitz, Esq.
                                   **THE LAW OFFICES OF THOMAS H. ANDRYKOVITZ, P.C.**
                                   260 Madison Avenue, 15 Fl
                                   New York, NY 10016
                                   (917) 719-0505
                                   thomas@thomashenrylaw.com
                                   *Attorneys for Plaintiffs*