**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X


IAN FINE, JOSHUA ROWE, and PAUL, MAGYAR,

                              **CERTIFICATE OF**
                              **DEFAULT**

                    Plaintiff(s),

        -against-                                    1:25-cv-03848-PK


ADVENTURES, INC., STEPHEN STERNSCHEIN, JOHN DOE 1-10 and ABC CORPORATION 1-10,

                    Defendant(s).


-------------------------------------------------------------------------X


I, ___Brenna B. Mahoney___ , Clerk of Court of the United States District Court for the

Eastern District of New York, do hereby certify that the defendant(s) ADVENTURES, INC., STEPHEN STERNSCHEIN,

have not filed an answer or otherwise moved with respect to the complaint herein.  The default

of defendant ADVENTURES, INC., STEPHEN STERNSCHEIN, is hereby noted pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.


Dated:  Brooklyn      , New York
        April 6,      , 20_26_


                    BRENNA B. MAHONEY, Clerk of Court



                    By:_J. Poveda_____
                       Deputy Clerk