# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| IAN FINE, JOSHUA ROWE, and PAUL MAGYAR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-03848-PK |
| ADVENTURES, INC., STEPHEN STERNSCHEIN, and JOHN DOE 1-10, and ABC COPORATION 1-10. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ian Fine, Joshua Rowe, and Paul Magyar

Date: 06/17/2026

_____
*Attorney's signature*

Avery Harris - 6316309
*Printed name and bar number*

260 Madison Avenue, 15 Floor
New York, NY 10016
*Address*

avery@thomashenrylaw.com
*E-mail address*

917-719-0505
*Telephone number*

_____
*FAX number*